No. 269, October Term, 1945.   SABIN ET AL. *v.* HOME OWNERS' LOAN CORP. ET AL.; and

856

No. 952, October Term, 1945. SABIN ET AL. *v.* HOME OWNERS' LOAN CORP. ET AL. March 31, 1947. The motions for leave to file second petitions for rehearing are denied. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. 329 U. S. 823.